

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

HEATHER N. STOVER; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 16-01077

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

TYPE OF PROCESS: SUMMONS AND COMPLAINT

I, JOSEPH CHIUSANO, JR., certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served HEATHER N. STOVER the above process on the 3 day of September, 2016, at 3:42 o'clock, P.M., at 500 SOUTH HIGH STREET, PORT MATILDA, PA 16870, County of Centre, Commonwealth of Pennsylvania

Manner of Service:

☑  By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times

1) _____  2) _____  3) _____

Commonwealth/State of PA

County of Washington

: SS

Before me, the undersigned notary public, this day, personally, appeared JOSEPH CHIUSANO JR. to me known, who being duly sworn according to law, deposes the following

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct

_____
(Signature of Affiant)

Subscribed and sworn to before me
this 15 day of Sept, 2016

_____
Notary Public

File Number USA-15-1602
Case ID #4685007

COMMONWEALTH OF PENNSYLVANIA
NOTARY SEAL
[illegible]
City of M[illegible], Washington County
My Commission Expires Feb. 9, 2019

PCO /NB

| USPS Manifest Mailing System | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | | Sequence Number<br>5083-1 | | | Class of Mail<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703701242785<br>9171999991703701242785 | STOVER, HEATHER N.<br>141 Barr Ln.<br>Julian, PA 16844 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703701242839<br>9171999991703701242839 | TEJADA, PEDRO<br>196 Clinton Avenue Apartment C<br>Brooklyn, NY 11205 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703701242846<br>9171999991703701242846 | STOVER, HEATHER N.<br>500 South High Street<br>Port Matilda, PA 16870 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703701242853<br>9171999991703701242853 | MURAWSKI, GEORGE P.<br>3721 River Road Apartment A<br>Point Pleasant, NJ 08742 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703701242860<br>9171999991703701242860 | FIGARO, ANA<br>196 Clinton Avenue Apartment C<br>Brooklyn, NY 11205 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| Page Totals<br>Cumulative Totals | 5<br>5 | | 3.53<br>3.53 | 24.25<br>24.25 | | | 27.78<br>27.78 |

USPS CERTIFICATION

Total Number Of Pieces Received_____

_____    Round Stamp_____
Signature of Receiving Employee

PS Form 3877 (Facsimile)          Extra Service Codes:
                                  C       Certified
                                  ERR     Return Receipt

| Name and Address of Sender<br>KML LAW GROUP, P.C.<br>SUITE 5000<br>701 MARKET STREET<br>PHILADELPHIA, PA<br>19106-1532 | Check type of mail or service;<br>☐ Certified  ☐ Recorded Delivery (International)<br>☐ COD       ☐ Registered<br>☐ Delivery Confirmation  ☐ Return Receipt for Merchandise<br>☐ Express Mail  ☐ Signature Confirmation<br>☐ Insured | Affix Stamp Here<br>(If issued as a certificate of mailing, or for additional copies of this bill)<br>Postmark and Date of Receipt | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
| 1. | | | | | | | | | | | | |
| 2. | | | | | | | | | | | | |
| 3. | HEATHER STOVER<br>STOVER, HEATHER N.<br>141 Barr Ln.<br>Julian, PA 16844 | | | | | | | | | | | |
| 4. | | | | | | | | | | | | |
| 5. | HEATHER STOVER<br>STOVER, HEATHER N.<br>500 South High Street<br>Port Matilda, PA 16870 | | | | | | | | | | | |
| 6. | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | |

U.S. POSTAGE ≫ PITNEY BOWES
ZIP 19106
02 1W
0001391829 SEP. 07. 2016
$ 002.70⁰

PHILA, PA 19106 USPS CONTINENTAL STATION SEP 7 2016

Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee) | Complete by Typewriter, Ink, or Ball Point Pen | See Privacy Act Statement on Reverse

PS Form **3877**, February 2002 (Page 1 of 2)   Centre County   Sale Date:

USA-154602

HEATHER N. STOVER