UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
          Plaintiff

v.

HEATHER N. STOVER
          Defendant

Civil Action No: 16-01077

## DEFAULT

AND NOW, this _26th_ day of _October_, 2016, default is hereby entered against Defendant, HEATHER N. STOVER for failure to answer, plead or otherwise defend against the Complaint, pursuant to Federal Rule of Civil Procedure 55(a).

Peter J. Welsh, Acting
_____
Clerk, U.S. District Court

_____
Deputy Clerk