# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVL ACTION NO. 1:16-CV-1077** |
| **Plaintiff** | : | |
| | : | **(Chief Judge Conner)** |
| **v.** | : | |
| | : | |
| **HEATHER N. STOVER,** | : | |
| **Defendants** | : | |

## O R D E R

AND NOW, this 17th day of July, 2017, upon consideration of plaintiff's motion (Doc. 15) and affidavit, to the satisfaction of the Court, that the defendant, HEATHER N. STOVER, cannot, upon diligent inquiry, be found so as to be personally served with the Notice of U.S. Marshal Sale of real property located within the Middle District of Pennsylvania, situated at 500 South High Street, Port Matilda, PA 16870, it is hereby ORDERED that said motion is GRANTED.

The Notice of U.S. Marshal Sale may be served on the Defendant by Plaintiff or its agent by posting a copy of the Notice of U.S. Marshal Sale on the property to be foreclosed, as required by Pa.R.C.P. 3129.2(c), made applicable by Fed.R.Civ.P. 4(e)(1) and Pa.R.C.P. 402(a) and 430(a), and by regular and certified mail, addressed to Defendants' last known address. Service shall be completed upon posting or upon mailing, whichever occurs later.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania