# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CIVL ACTION NO. 1:16-CV-1077** |
| **Plaintiff** : | |
| : | **(Chief Judge Conner)** |
| **v.** : | |
| : | |
| **HEATHER N. STOVER,** : | |
| **Defendants** : | |

## O R D E R

AND NOW, this 20th day of December, 2017, upon consideration of plaintiff's motion (Doc. 20) to amend the confirmation order to correct the Purchaser at Marshal's Sale, it is hereby ORDERED:

1. That the United States Marshal is directed to execute and deliver to DAVID LYKENS, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title, and interest of HEATHER N. STOVER in and to the premises sold located at 500 South High Street, Port Matilda, PA 16870.

2. The Deed shall be recorded by the Purchaser within thirty (30) days of its delivery to the Purchaser by the Marshal. The Purchaser is solely responsible for payment of all recording charges and expenses.

3. That jurisdiction is retained for such further orders or decrees as may be necessary.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania