# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVL ACTION NO. 1:16-CV-1077** |
| **Plaintiff** | : | |
| | : | **(Chief Judge Conner)** |
| **v.** | : | |
| | : | |
| **HEATHER N. STOVER,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 24th day of January, 2018, upon consideration of plaintiff's application for distribution of proceeds (Doc. 22) from the sale of real property located in the Middle District of Pennsylvania, situated at 500 South High Street, Port Matilda, PA 16870, and of the order of court dated December 21, 2017 (Doc. 21), confirming the sale of that property, it is hereby ORDERED that said application (Doc. 22) is GRANTED. The United States Marshal is directed to distribute the proceeds of the sale in accordance with the schedule of distribution (see Doc. 22).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania